UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-504-T-36TGW

BRENDA DOZIER

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a four-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant provided truthful and very timely information to the United States, which ultimately resulted in a coconspirator pleading guilty.

The United States believes that, because of her efforts on behalf of the United States, Brenda Dozier should receive a four-level reduction in her offense level for her assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   /s/ Rachel K. Jones
Rachel K. Jones
Assistant United States Attorney
Florida Bar No. 0091492
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6358
E-mail:   rachel.jones@usdoj.gov

U.S. v. Brenda Dozier                                   Case No. 8:18-cr-504-T-36TGW

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Wes Trombley, Esquire

                                                 */s/ Rachel K. Jones*
                                                 Rachel K. Jones
                                                 Assistant United States Attorney
                                                 Florida Bar No. 0091492
                                                 400 N. Tampa Street, Suite 3200
                                                 Tampa, Florida 33602-4798
                                                 Telephone:   (813) 274-6000
                                                 Facsimile:    (813) 274-6358
                                                 E-mail:        rachel.jones@usdoj.gov